UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FEDERAL TRADE COMMISSION,

Plaintiff,

v.

CURE ENCAPSULATIONS, INC., *et al.*,

Defendants.

Case No. 19-cv-982 (LDH) (ST)

### JOINT MOTION FOR ENTRY OF STIPULATED ORDER
### FOR PERMANENT INJUNCTION AND MONETARY JUDGMENT

Plaintiff, the Federal Trade Commission ("FTC"), and defendants, Cure Encapsulations, Inc. and Naftula Jacobowitz ("Defendants"), respectfully and jointly move the Court for entry of the attached Stipulated Order for Permanent Injunction and Monetary Judgment. In support of this motion, the parties state as follows:

1.      On February 19, 2019, the FTC filed a Complaint for Permanent Injunction and Other Equitable Relief against Defendants pursuant to Section 13(b) of the Federal Trade Commission Act ("FTC Act"), 15 U.S.C. § 53(b), alleging deceptive marketing practices and false advertising in violation of Sections 5(a) and 12 of the FTC Act, 15 U.S.C. §§ 45(a) and 52.

2.      The FTC and Defendants, having been represented by counsel and acting by and through such counsel, have consented to the entry of a proposed Stipulated Order for Permanent Injunction and Monetary Judgment, attached as Exhibit 1 hereto, without a trial or adjudication of any issue of law or fact.   The parties will email chambers a word processing version of the proposed Order pursuant to Rule II.C of the Court's Individual Practice Rules.

3.      Entry of this Stipulated Order for Permanent Injunction and Monetary Judgment would resolve this matter in full, except the Court would retain jurisdiction for the purpose of enforcement of the Order.

WHEREFORE, the parties respectfully move this Court to enter the attached Stipulated Order for Permanent Injunction and Monetary Judgment.

Dated: **2/19/2019**

Respectfully submitted,

SAVVAS S. DIACOSAVVAS
FEDERAL TRADE COMMISSION
Northeast Region
One Bowling Green, Suite 318
New York, NY 10004
Tel.: 212-607-2809
Fax: 212-607-2822
Email: sdiacosavvas@ftc.gov

*Attorney for Plaintiff*
*Federal Trade Commission*

AUGUST T. HORVATH.
FOLEY HOAG LLP
1301 Avenue of the Americas, 25th Floor
New York, NY 10019
Tel.: 646-927-5544
Fax: 646-927-5599
Email: ahorvath@foleyhoag.com

*Attorney for Defendants Cure*
*Encapsulations, Inc. and Naftula Jacobowitz*