## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on February 19, 2019, I served a true and correct copy of the attached Notice of Motion and Joint Motion for Entry of Stipulated Order for Permanent Injunction and Monetary Judgment on the following counsel for Defendants via overnight mail and electronic mail:

>August T. Horvath, Esq.
>Foley Hoag LLP
>1301 Avenue of the Americas
>25th Floor
>New York, NY 10019
>Tel.: 646-927-5544
>Fax: 646-927-5599
>Email: ahorvath@foleyhoag.com

                                           _/s/ Savvas S. Diacosavvas_
                                           Savvas S. Diacosavvas

                                           Attorney for Plaintiff
                                           Federal Trade Commission